UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services,<br><br>Defendant. | No.  2:14-cv-02791-TLN-KJN<br><br>**NOTICE OF RELATED CASE ORDER** |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services,<br><br>Defendant. | No. 2:15-cv-00154-TLN-DAD |
| PRIME HEALTHCARE SERVICES – | No. 2:15-cv-00324-JAM-CMK |

| | |
|---|---|
| SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>    Plaintiff,<br><br>    v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services,<br><br>    Defendant.<br><br>PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>    Plaintiff,<br><br>    v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services,<br><br>    Defendants. | <br><br><br><br><br><br><br><br><br><br>No. 2:15-cv-00400-TLN-CMK |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same parties, are based on the same claims, the same questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    IT IS THEREFORE ORDERED that the actions denominated 2:15-cv-00154-TLN-DAD, 2:15-cv-00324-JAM-CMK, and 2:15-cv-00400-TLN-CMK are hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Kendall J. Newman for all further proceedings.  Any dates currently set in the reassigned cases are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as: 2:15-cv-00154-TLN-KJN, 2:15-cv-

1  00324-TLN-KJN, and 2:15-cv-00400-TLN-KJN.

2      IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
3  assignment of civil cases to compensate for this reassignment and issue an Order Requiring a
4  Joint Status Report for the undersigned.

6  Dated:  April 27, 2015

                              Troy L. Nunley
                              United States District Judge