1 ANDREW H. SELESNICK (SBN 160516)
aselesnick@mrllp.com
2 DAMARIS L. MEDINA (SBN 262788)
dmedina@mrllp.com
3 KETAKEE R. KANE (SBN 291828)
kkane@mrllp.com
4 **MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
5 Los Angeles, CA 90024
Telephone: (310) 564-2670
6 Facsimile: (310) 564-2671

7 Troy A. Schell, Esq. (SBN 208661)
Bryan Wong, Esq. (SBN 205573)
8 **PRIME HEALTHCARE SERVICES, INC.**
3300 East Guasti Road, 3rd Floor
9 Ontario, California 91761
Telephone:   (909) 235-4400
10 Facsimile:    (909) 235-4419

11 Attorneys for Plaintiff

12

13 Additional Counsel Listed On Next Page

14 **UNITED STATES DISTRICT COURT**

15 **EASTERN DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| 17 **PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center;** | Case No. 2:15-cv-00324-TLN-KJN |
| **Plaintiff** | **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE A RESPONSIVE PLEADING** |
| **vs.** | |
| **Sylvia Mathews Burwell in her official capacity as Secretary of the Department of Health and Human Services,** | [L.R. 144(A)] |
| **Defendant.** | |

28

1

1
BENJAMIN B. WAGNER
United States Attorney
2
BOBBIE J. MONTOYA (CSBN 208772)
Assistant United States Attorney
3
Bobbie.Montoya@usdoj.gov
501 I Street, Suite 10-100
4
Sacramento, CA  95814
Telephone:  (916) 554-2821
5
Facsimile:   (916) 554-2900

6
Attorneys for Defendant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER**

1   Plaintiff Prime Healthcare Services – Shasta, LLC ("Plaintiff"), and
2   Defendant Sylvia Burwell, Secretary of the Department of Health and Human
3   Services ("Defendant"), by and through their attorneys, hereby stipulate and agree,
4   subject to approval of the Court, as follows:

5   WHEREAS, Plaintiff has filed a total of 9 cases challenging determinations
6   by the Medicare Appeals Council that Plaintiff lacked standing to appeal the denial
7   of its claims for payment for emergency medical services provided to Medicare
8   beneficiaries between November 2008 and February 2009, which cases are
9   identified as follows:

10   (1)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:14-cv-02791-
11       TLN-KJN.

12   (2)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00154-
       TLN-KJN.

13   (3)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00324-
14       TLN-KJN.

15   (4)    *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00400-
       TLN-KJN.

16   (5)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00450-
17       TLN-KJN.

18   (6)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00473-
       TLN-KJN.

19   (7)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00474-
20       TLN-KJN.

21   (8)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00709-
       TLN-KJN.

22   (9)   *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-01120-
23       TLN-KJN.

24   WHEREAS, counsel for Plaintiff with day to day management over the
25   matters has experienced a recent medical emergency which has required that she
26   be out of the office and, in light of the same, additional time is necessary for
27   Plaintiff to adequately respond to the pending motion to dismiss currently
28   scheduled for hearing on February 25, 2016;

3

1    WHEREAS, the parties have requested a previous postponement of the

2  hearing date on Defendant's pending motion to dismiss, which request was granted

3  on October 23, 2015;

4    In light of the foregoing, IT IS HEREBY STIPULATED AND AGREED

5  that:

6    (a)    The hearing on Defendant's pending motion to dismiss shall be heard

7         on March 10, 2016, or as soon thereafter as the matter may be heard;

8    (b)    Plaintiff's opposition to the pending motion to dismiss, if any, shall be

9         filed and served by no later than January 28, 2016; and,

10    (c)    Defendant's reply briefs, if any, shall be filed and served no later

11         February 25, 2016.

12

13

14  Dated:  January 12, 2016          **MICHELMAN & ROBINSON**

15

16                         By:   */s/ Ketakee R. Kane*
                              Andrew H. Selesnick

17                              Damaris L. Medina
                              Ketakee R. Kane

18                              Troy A. Schell, Esq.
                              Bryan Wong, Esq.

19
                              Attorneys for Plaintiff Prime Healthcare
20                              Services – Shasta, LLC

21  Dated:  January 12, 2016          BENJAMIN B. WAGNER

22                              United States Attorney

23                         By:   */s/ Bobbie J. Montoya*
                              Bobbie J. Montoya

24                              Assistant U.S. Attorney

25                              Attorneys for Defendant Sylvia Mathews
                              Burwell

26

27

28

**STIPULATION AND ORDER**

1

## ORDER

2

3       Pursuant to stipulation and good cause having been shown, IT IS HEREBY

4 ORDERED that:

5     1.    The hearing on Defendant's pending motion to dismiss shall be heard

6              on March 10, 2016;

7     2.    Plaintiff's opposition to the pending motions to dismiss, if any, shall

8              be filed and served by no later than January 28, 2016; and,

9     3.    Defendant's reply briefs, if any, shall be filed and served no later

10              February 25, 2016.

11 IT IS SO ORDERED.

12

13 Dated:  January 13, 2016

14

15

16                          Troy L. Nunley

17                          United States District Judge

18

19

20

21

22

23

24

25

26

27

28

5