1  ANDREW H. SELESNICK (SBN 160516)
   aselesnick@mrllp.com
2  DAMARIS L. MEDINA (SBN 262788)
   dmedina@mrllp.com
3  KETAKEE R. KANE (SBN 291828)
   kkane@mrllp.com
4  **MICHELMAN & ROBINSON, LLP**
   10880 Wilshire Blvd., 19th Floor
5  Los Angeles, CA 90024
   Telephone: (310) 564-2670
6  Facsimile: (310) 564-2671

7  Troy A. Schell, Esq. (SBN 208661)
   Bryan Wong, Esq. (SBN 205573)
8  **PRIME HEALTHCARE SERVICES, INC.**
   3300 East Guasti Road, 3rd Floor
9  Ontario, California 91761
   Telephone:  (909) 235-4400
10 Facsimile:   (909) 235-4419

11 Attorneys for Plaintiff

13 Additional Counsel Listed On Next Page

14 **UNITED STATES DISTRICT COURT**

15 **EASTERN DISTRICT OF CALIFORNIA**

17 **PRIME HEALTHCARE SERVICES – SHASTA, LLC**, a Delaware limited liability company doing business as **Shasta Regional Medical Center;**

    **Plaintiff**

20 **vs.**

21 **Sylvia Mathews Burwell in her official capacity as Secretary of the Department of Health and Human Services,**

    **Defendant.**

Case No. 2: 15-cv-00324-TLN-KJN

**STIPULATION AND ORDER TO CONTINUE HEARING DATE**

[L.R. 144(A)]

1

**STIPULATION AND ORDER**

1 | BENJAMIN B. WAGNER
United States Attorney
2 | BOBBIE J. MONTOYA (CSBN 208772)
Assistant United States Attorney
3 | Bobbie.Montoya@usdoj.gov
501 I Street, Suite 10-100
4 | Sacramento, CA  95814
Telephone:  (916) 554-2821
5 | Facsimile:   (916) 554-2900

6 | Attorneys for Defendant

2

**STIPULATION AND ORDER**

Plaintiff Prime Healthcare Services – Shasta, LLC ("Plaintiff"), and Defendant Sylvia Burwell, Secretary of the Department of Health and Human Services ("Defendant"), by and through their attorneys, hereby stipulate and agree, subject to approval of the Court, as follows:

WHEREAS, Plaintiff has filed a total of 9 cases challenging determinations by the Medicare Appeals Council that Plaintiff lacked standing to appeal the denial of its claims for payment for emergency medical services provided to Medicare beneficiaries between November 2008 and February 2009, which cases are identified as follows:

(1) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:14-cv-02791-TLN-KJN.

(2) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00154-TLN-KJN.

(3) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00324-TLN-KJN.

(4) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00400-TLN-KJN.

(5) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00450-TLN-KJN.

(6) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00473-TLN-KJN.

(7) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00474-TLN-KJN.

(8) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00709-TLN-KJN.

(9) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-01120-TLN-KJN.

WHEREAS, counsel for Plaintiff is presently involved in a matter before Superior Court in Kern County necessitating the deposition of an individual residing in Saudi Arabia. The case involves multiple parties and the deponent has limited availability to fly to the United States. The deponent is only available on March 10, 2016. Counsel for Plaintiff has attempted to internally resolve the

conflict, but due to the deponent's travel considerations, has been unable to find an alternative date. Counsel for Defendant has also recently taken a brief medical leave. In light of the above, the parties hereby stipulate, subject to the approval of the court, to continue the hearing date in the above-captioned matter.

WHEREAS, the parties have requested two previous postponements of the hearing date on Defendant's pending motion to dismiss, which requests were granted on October 23, 2015 and January 13, 2016;

In light of the foregoing, IT IS HEREBY STIPULATED AND AGREED that:

(a) The hearing on Defendant's pending motion to dismiss shall be heard on April 7, 2016, or as soon thereafter as the matter may be heard; and,

(b) Defendant's reply briefs, if any, shall be filed and served no later March 24, 2016.

Dated: February 22, 2016          **MICHELMAN & ROBINSON**

By: _/s/ Ketakee R. Kane_
Andrew H. Selesnick
Damaris L. Medina
Ketakee R. Kane
Troy A. Schell, Esq.
Bryan Wong, Esq.

Attorneys for Plaintiff Prime Healthcare Services – Shasta, LLC

Dated: February 22, 2016          BENJAMIN B. WAGNER
United States Attorney

By: _/s/ Bobbie J. Montoya_
Bobbie J. Montoya
Assistant U.S. Attorney

Attorneys for Defendant Sylvia Mathews Burwell

4

**STIPULATION AND ORDER**

**ORDER**

Pursuant to stipulation and good cause having been shown, IT IS HEREBY ORDERED that:

1. The hearing on Defendant's pending motion to dismiss shall be heard on April 7, 2016; and,
2. Defendant's reply briefs, if any, shall be filed and served no later March 24, 2016.

IT IS SO ORDERED.

Dated: February 23, 2016

                                                                             Troy L. Nunley
                                                                             United States District Judge